No. 430. Dimitry et al., Trustees, v. Lewis et al.

November 26, 1928. *Per Curiam:* The appeal is dismissed for the reason that the judgment of the state court sought here to be reviewed was based on a non-federal ground adequate to support it. *Bilby* v. *Stewart,* 246 U. S. 255, 257; *Farson Son & Co.* v. *Bird,* 248 U. S. 268, 271. *Mr. R. A. Wallace* for appellants. No appearance for appellees.

No. 438. Mower v. State Department of Health.

November 26, 1928. *Per Curiam:* The appeal is dismissed for want of a substantial federal question on the authority of *Pittsburgh, C., C. & St. L. Ry.* v. *Backus,* 154 U. S. 421, 426; *Capital Traction Co.* v. *Hof,* 174 U. S. 1, 45; *Bragg* v. *Weaver,* 251 U. S. 57, 59. *Mr. Arthur B. O'Keefe* for appellant. *Mr. James W. Carpenter* for appellee.

No. —, original. Ex parte Shakeri. December 3, 1928. *Per Curiam:* The motion for leave to file petition for writ of *habeas corpus* is denied. *Mr. Alpha Shakeri, pro se.*

No. 369. Lancaster Iron Works, Inc., v. J. C. Penney-Gwinn Corporation et al.; and

No. 370. Lancaster Iron Works, Inc., v. J. C. Penney-Gwinn Corporation et al. Motion submitted November 26, 1928. Decided December 3, 1928. *Per Curiam:* The motion for leave to file a petition for rehearing beyond the time permitted by the rule is denied. *Messrs. John P. Stokes, Scott M. Loftin,* and *James E. Caulkins* for petitioner. *Messrs. Wm. E. Kay* and *Thomas B. Adams* for respondents.